```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

Charles Glenn

    v.                              Civil No. 05-cv-074-JD

United States of America

PROCEDURAL ORDER

     In this Section 2255 petition, the petitioner claims that he was not informed by his attorney that he had the right to testify and that it was his intention to testify in his own behalf at trial but was prevented from doing so by his attorney.

     An evidentiary hearing shall be scheduled on these issues. Attorney Paul Haley, who represented the petitioner at sentencing, is appointed to represent him at this hearing.

     Petitioner's former trial attorney Richard Foley shall be present at the hearing. A copy of this order and of the defendant's petition, together with the memorandum and affidavit attached thereto shall be forwarded to Attorneys Haley and Foley.

     SO ORDERED.

                                                _____
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

June 29, 2005
cc:  Charles Glenn, pro se
     Peter E. Papps, Esquire
     Richard N. Foley, Esquire
     Paul J. Haley, Esquire